

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00205-CV

**IN RE COMMITMENT OF** Ryan **RODRIGUEZ**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 23-04-28328-CV
Honorable Daniel J. Kindred, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment and order of commitment are AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED June 4, 2025.

_____
Adrian A. Spears II, Justice